# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN RE BOOKS-A-MILLION, INC. STOCKHOLDERS LITIGATION | § §<br>§ | |
| JEAN-MARC ROUSSET AND SUSAN VANCE, | §<br>§<br>§ | No. 515, 2016 |
| Plaintiffs-Below Appellants, | §<br>§<br>§ | |
| v. | §<br>§<br>§ | Court Below: |
| CLYDE B. ANDERSON, TERRENCE C. ANDERSON, RONALD G. BRUNO, RONALD J. DOMANICO, EDWARD W. WILHELM, TERRANCE G. FINLEY, R. TODD NODEN, JAMES F. TURNER, FAMILY ACQUISITION HOLDINGS, INC., and FAMILY MERGER SUB, INC., | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Court of Chancery of the State of Delaware<br><br>Consol. C. A. No. 11343-VCL |
| Defendants-Below Appellees. | §<br>§ | |

Submitted:  May 17, 2017
Decided:  May 22, 2017

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

## O R D E R

This 22nd day of May 2017, the Court, having considered this matter on the oral arguments and briefs of the parties, has concluded that the same should be

affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion of October 10, 2016.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:


*/s/ Karen L. Valihura*
Justice